JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. DAVIS, | Case No. EDCV 15-02282-AB (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: January 19, 2017

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1